**Opinion issued August 29, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00934-CV

————————————

**JULIUS OBASOHAN AND ADESUWA OBASOHAN, Appellants**

**V.**

**BOBBY TRAN, Appellee**

---

**On Appeal from the County Court at Law No. 6**
**Fort Bend County, Texas**
**Trial Court Case No. 22-CCV-071544**

---

## MEMORANDUM OPINION

Appellants, Julius Obasohan and Adesuwa Obasohan, proceeding pro se, filed a notice of appeal from the trial court's December 15, 2022 order. Appellants have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed on January 20, 2023, and the reporter's record was filed on April 26, 2023. Accordingly, appellants' brief was due to be filed on or before May 26, 2023. *See* TEX. R. APP. P. 38.6(a). Appellants did not file an appellants' brief.

On June 6, 2023, the Clerk of this Court notified appellants that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite notice that this appeal was subject to dismissal, appellants did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.